IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RANDALL VEIN DIXON,** | CIV S-07-0549-FCD-CMK-P |
| Petitioner, | **ORDER** |
| v. | |
| **ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, et al.,** | |
| Respondents. | |

Respondents have requested a thirty-day extension of time in which to file a response to Petitioner's petition for writ of habeas corpus. GOOD CAUSE APPEARING, Respondents are granted an extension of time to and including July 24, 2007, in which to file a response to the petition for writ of habeas corpus filed by Petitioner.

June 28, 2007

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE