1
2
3
4
5
6
7
8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    RANDALL VEIN DIXON,                    No. CIV S-07-0549-FCD-CMK-P

12                Petitioner,

13          vs.                                    <u>ORDER</u>

14    ATTORNEY GENERAL OF THE
      STATE OF CALIFORNIA, et al.,
15
                  Respondents.
16
      _____/
17

18          Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

19    habeas corpus pursuant to 28 U.S.C. § 2254.   The matter was referred to a United States

20    Magistrate Judge pursuant to Eastern District of California local rules.

21          On December 21, 2007, the magistrate judge filed findings and recommendations

22    herein which were served on the parties and which contained notice that any objections to the

23    findings and recommendations were to be filed within 20 days.  Timely objections to the

24    findings and recommendations have been filed.

25    / / /

26    / / /

                                            1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.      The findings and recommendations filed December 21, 2007, are adopted in full;

2.      Respondents' motion to dismiss (Doc. 13) is granted;

3.      This action is dismissed; and

4.      The Clerk of the Court is directed to enter judgment and close this file.

DATED: January 14, 2008.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE